OFFICE OF DISCIPLINARY COUNSEL *v.* GERON.

[Cite as Disciplinary Counsel *v.* Geron (1987), 32 Ohio St. 3d 134.]

(D.D. No. 86-33—Decided August 19, 1987.)

*J. Warren Bettis,* disciplinary counsel, *Karen B. Hull* and *Mark H. Aultman,* for relator.

*Per Curiam.* Having reviewed the record, the findings of fact, and conclusions of the board, this court determines that there are sufficient facts to justify the finding that Terry A. Geron did in fact violate DR 6-101(A)(3), 7-101(A)(2), 7-101(A)(3), 1-102(A)(4), and 1-102(A)(6), and Gov. Bar R. VI(6).

Further, the disciplinary proceedings in both Indiana and Kentucky may be relied upon as further evidence of respondent's unfitness to practice law. See *Disciplinary Counsel* v. *Nothstein* (1986), 21 Ohio St. 3d 108, 21 OBR 400, 488 N.E. 2d 180.

We concur in the recommendation of the board, and hereby indefinitely suspend respondent from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.